SEALED

PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Feb 03, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EBERARDO ACOSTA,<br>aka "Eddie,"<br>aka "El Gringo,"<br>aka "El Guero,"<br><br>Defendant. | CASE NO. 2:22-cr-00021 KJM<br><br>21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine, Cocaine, Heroin, and Fentanyl; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Cocaine; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Heroin; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine (3 counts); 18 U.S.C. § 924(c)(1)(A) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime; 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

# I N D I C T M E N T

COUNT ONE: [21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine, Cocaine, Heroin, and Fentanyl]

The Grand Jury charges: T H A T

EBERARDO ACOSTA,

defendant herein, beginning on a date unknown but not later than January 1, 2016, and continuing through at least February 6, 2020, in Sacramento and Yolo Counties, State and Eastern District of California, and elsewhere, did conspire and agree with persons known and unknown to the Grand Jury to knowingly and intentionally distribute and to possess with intent to distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, at least 5 kilograms of a mixture and substance containing a detectable amount of cocaine, a

Schedule II Controlled Substance, at least one kilogram of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and at least 400 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, popularly known as "fentanyl," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

COUNT TWO: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Cocaine]

The Grand Jury further charges: T H A T

EBERARDO ACOSTA,

defendant herein, on or about March 9, 2017, in Sacramento County, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute at least 5 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT THREE: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Heroin]

The Grand Jury further charges: T H A T

EBERARDO ACOSTA,

defendant herein, on or about March 9, 2017, in Sacramento County, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute at least one kilogram of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FOUR: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine]

The Grand Jury further charges: T H A T

EBERARDO ACOSTA,

defendant herein, on or about March 9, 2017, in Sacramento County, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

/ / /

/ / /

COUNT FIVE: [18 U.S.C. § 924(c)(1)(A) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime]

The Grand Jury further charges: T H A T

EBERARDO ACOSTA,

defendant herein, on or about March 9, 2017, in Sacramento County, State and Eastern District of California, did, in furtherance of a drug trafficking crime that can be prosecuted in a Court of the United States, specifically, conspiracy to distribute and to possess with intent to distribute methamphetamine, cocaine, heroin, and fentanyl, as alleged in Count One of this Indictment; possession with intent to distribute cocaine, as alleged in Count Two of this Indictment; possession with intent to distribute heroin, as alleged in Count Three of this Indictment; and possession with intent to distribute methamphetamine, as alleged in Count Four of this Indictment, knowingly possess a firearm, specifically:

(1) A Beretta semi-automatic handgun, Model 92FS, with serial number BER501398;

(2) A Glock 34 9mm handgun, with serial number WUY903;

(3) A La Banu Mac 90 7.62-caliber semi-automatic rifle, with serial number 37008107;

(4) A Bushmaster Carbine 15 .223-caliber semi-automatic rifle, with serial number CBC067432;

(5) A Browning BBR .270-caliber semi-automatic rifle, with serial number 11019RN117;

(6) A Henry .22-caliber semi-automatic long rifle, with serial number 447335H;

(7) A Carl Gustaf Model 1918 semi-automatic rifle, with serial number 106913;

(8) A .22-caliber semi-automatic rifle of unknown make and model, with serial number 3375491; and,

(9) A Remington M541 .22-caliber semi-automatic long rifle, with serial number A1060114;

in violation of Title 18, United States Code, Section 924(c)(1)(A).

COUNT SIX: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine]

The Grand Jury further charges: T H A T

EBERARDO ACOSTA,

defendant herein, on or about March 13, 2018, in Yolo County, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute at least 500 grams of a mixture and

substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

COUNT SEVEN: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine]

The Grand Jury further charges: T H A T

EBERARDO ACOSTA,

defendant herein, on or about June 1, 2019, in Sacramento County, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute at least 500 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

FORFEITURE ALLEGATION: [21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c) - Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One through Four, Six, and Seven of this Indictment, defendant EBERARDO ACOSTA shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

a. All right, title, and interest in any and all property involved in violations of Title 21, United States Code, Sections 841(a)(1), or conspiracy to commit such offenses, for which defendant is convicted, and all property traceable to such property, including the following: all real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offenses; and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offenses.

b. A sum of money equal to the total amount of proceeds obtained as a result of the offenses, or conspiracy to commit such offenses, for which defendant is convicted.

2. Upon conviction of the offense alleged in Count Five of this Indictment, defendant EBERARDO ACOSTA shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense.

/ / /

4. If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Seven of this Indictment, for which defendant is convicted:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

**/s/ Signature on file w/AUSA**

FOREPERSON

PHILLIP A. TALBERT
United States Attorney

**United States v. Eberado ACOSTA**
**Penalties for Indictment**

**COUNT 1:**

VIOLATION: 21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to Distribute Methamphetamine, Cocaine, Heroin, and Fentanyl

PENALTIES: Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 2:**

VIOLATION: 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute at Least 5 Kilograms of Cocaine

PENALTIES: Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 3:**

VIOLATION: 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute at Least One Kilogram of Heroin

PENALTIES: Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 4:**

VIOLATION: 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Methamphetamine

PENALTIES: A maximum of up to 20 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 5:**

VIOLATION: 18 U.S.C. §§ 924(c)(1)(A) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime

PENALTIES: Mandatory minimum of 5 years in prison and a maximum of up to life in prison, and any sentence imposed for a violation of this section shall run consecutively to any other term of imprisonment imposed;
Fine of up to $250,000, or both fine and imprisonment;
Term of Supervised release of up to five years.

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNTS 6-7:**

VIOLATION: 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute at Least One 500 Grams of a Mixture and Substance Containing Methamphetamine

PENALTIES: Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**

VIOLATION: 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c) – Criminal Forfeiture

PENALTIES: As stated in the charging document

No. 2:22-cr-00021 KJM

**SEALED**

**UNITED STATES DISTRICT COURT**

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

**No Bail Warrant Pending Hearing**

EBERARDO ACOSTA,
a/k/a "Eddie,"
a/k/a "El Gringo,"
a/k/a "El Guero,"

INDICTMENT

**VIOLATION(S):**

21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine, Cocaine, Heroin, and Fentanyl;
21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Cocaine;
21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Heroin;
21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine (3 counts);
18 U.S.C. § 924(c)(1)(A) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime;
21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,* **/s/ Signature on file w/AUSA**

*Foreman.*

*Filed in open court this* 3rd *day*

*of* February, *A.D. 20* 22

Judy Streeter

*Clerk.*

*Bail, $* **No Bail Warrant Pending Hearing**

Carolyn K. Delaney

GPO 863 525